IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DEMETRIUS FLOWERS, et al                    PLAINTIFFS

V.                   NO. 3:08cv00040 JLH-JWC

G. COOK                                DEFENDANT

ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition received from Magistrate Judge Jerry Cavaneau.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Plaintiff Sister Sondra is hereby dismissed, without prejudice.

IT IS SO ORDERED this 25th day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE