IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DEMETRIUS FLOWERS, et al                                                          PLAINTIFFS

V.                                   NO.  3:08cv00040 JLH-JWC

G. COOK                                                                                    DEFENDANT

## ORDER

This case appears ready to set for hearing.  Motions dispositive of this case, in whole or in part, should be filed within forty-five (45) days of this order's entry date.  Absent the filing of any such motions, the Magistrate Judge will schedule a § 1983 evidentiary hearing/court trial.

IT IS SO ORDERED this 25th day of July, 2008.

_____
UNITED STATES MAGISTRATE JUDGE