IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DEMETRIUS FLOWERS, et al                                                                                    PLAINTIFFS

v.                                                    NO.  3:08cv00040 JLH

G. COOK                                                                                                              DEFENDANT

ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this case in its entirety, without prejudice.  Any pending motions are denied as moot.

IT IS SO ORDERED this 15th day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE