IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DEMETRIUS FLOWERS, et al                                                    PLAINTIFFS

v.                                    NO.  3:08cv00040 JLH

G. COOK                                                                      DEFENDANT

## JUDGMENT

In accordance with the Court's Order entered this date, and pursuant to the order entered June 25, 2008 (doc. 16), judgment is hereby entered dismissing this case in its entirety, without prejudice.  Any pending motions are denied as moot.

IT IS SO ORDERED this 15th day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE